**STAR POINTER EXPLORATION COMPANY, v. UNITED STATES of America, Great Northern Railway Company, a Corporation, and Raymond MacDonald, as Trustee of an Express Trust for Others.**

**No. 9274.**

Circuit Court of Appeals, Ninth Circuit.
Feb. 23, 1940.

S. P. Wilson, of Deer Lodge, Mont., and Edward J. Bloom, of San Francisco, Cal., for appellant.

Norman M. Littell, Asst. Atty. Gen., and John B. Tansil, U. S. Atty., of Butte, Mont., and Vernon L. Wilkinson, C. R. Denny, Norman McDonald, and Ely Maurer, Attys., Dept. of Justice, all of Washington, D. C., for the United States.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record and briefs filed, and·oral arguments made thereon, ordered order of District Court denying petition of Star Pointer Exploration Company for leave to intervene affirmed, that a decree of affirmance be filed and entered accordingly; mandate to issue in accordance with provisions of Rule 28.